UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael GREEN, Defendant–Appellant.

No. 99–10585.

D.C. No. CR–98–00615–RCB.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.*

Decided May 25, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM **

Michael Green appeals his guilty plea conviction and 111–month sentence imposed for bank robbery, aiding and abetting, and possession or use of a firearm, in violation of 18 U.S.C. §§ 2113(a) and 924(c).

---

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Green's counsel submitted a brief stating that he found no meritorious issues for review. Counsel also filed a motion to withdraw as counsel of record. Appellant has not filed a supplemental pro se brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Accordingly, counsel's motion to withdraw is GRANTED and the judgment is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.